IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                     No. CR 12-2686 JB

YUREN ARANDA-DAIZ,

    Defendant.

### ORDER[1]

**THIS MATTER** comes before the Court on Defendant Yuren Aranda-Diaz' Expedited Motion to Modify Protective Order or to Hold an In Camera Hearing, filed July 16, 2013 (Doc. 66). The Court will grant in part the motion. The Court will extend the protective order that it issued in its Memorandum Opinion and Order, filed July 11, 2013 (Doc. 56), to cover Defendant Yuren Aranda-Diaz and allow counsel to discuss the identity of the Confidential Informant (CI) with Aranda-Diaz, but preclude Aranda-Diaz from disclosing the CI's identity to anybody else.

**IT IS ORDERED** that Defendant Yuren Aranda-Diaz' Expedited Motion to Modify Protective Order or to Hold an In Camera Hearing, filed July 16, 2013 (Doc. 66), is granted in part.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

*Counsel:*

---

    [1] This Order disposes of the motion at issue. The Court will, however, at a later date issue an opinion more fully detailing its rationale for this decision.

Kenneth J. Gonzales
  United States Attorney
David M. Walsh
Novaline Wilson
  Assistant United States Attorneys
United States Attorney's Office
District of New Mexico
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Todd A. Coberly
Coberly & Attrep, LLLP
Santa Fe, New Mexico

    *Attorneys for the Defendant*