IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    No. CR 12-2686 JB

YUREN ARANDA-DIAZ,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Motion to Withdraw and for Appointment of New Counsel and Request for Hearing, filed August 15, 2013 (Doc. 120). The Court held a hearing on September 19, 2013. At the hearing, Defendant Yuren Aranda-Diaz's counsel, Todd Coberly, stated that the working relationship between he and Aranda-Diaz had broken down and that he believes that he can no longer effectively represent Aranda-Diaz. Aranda-Diaz agreed with Mr. Coberly's assessment. Although the United States opposes the motion, because communication between Aranda-Diaz and Mr. Coberly has broken down, see United States v. Beers, 189 F.3d 1297, 1302 (10th Cir. 1999), the Court will appoint new counsel.

**IT IS ORDERED** that the Motion to Withdraw and for Appointment of New Counsel and Request for Hearing (Doc. 120), filed August 15, 2013 is granted. The Court will allow Todd Coberly to be removed as counsel for the case and orders the Clerk's Office to appoint new counsel for Defendant Yuren Aranda-Diaz.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Steven Yarborough
  Acting United States Attorney
David M. Walsh
Novaline Wilson
  Assistant United States Attorneys
United States Attorney's Office
District of New Mexico
Albuquerque, New Mexico

> *Attorneys for the Plaintiff*

Todd A. Coberly
Coberly & Attrep, LLLP
Santa Fe, New Mexico

> *Attorneys for the Defendant*